# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

VALLEY NATIONAL BANK,

        Plaintiff,

    v.

UTS LOGISTICS INC., d/b/a UNITED
TRANSPORTATION SERVICES,

        Defendants.

Case No.: 2:21-cv-01275-MCE-DB

[PROPOSED] JUDGMENT IN CIVIL CASE

This action having come before the Court on Plaintiff's Request to the Clerk of the Court to Enter Default Judgment Against Defendant and the application having been decided as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF VALLEY NATIONAL BANK AGAINST DEFENDANT UTS LOGISTICS INC., d/b/a UNITED TRANSPORTATION SERVICES FOR $173,941.57, WITH INTEREST TO ACCRUE ON THE JUDGMENT AT THE STATUTORY RATE FROM DATE OF ENTRY UNTIL PAID IN FULL.**

**THIS AMOUNT REPRESENTS THE UNPAID PRINCIPAL OF $139,477.40 AND INTEREST OF $34,464.17 CALCULATED AT THE ANNUAL PERCENTAGE RATE SET FORTH IN THE PREMIUM FINANCE AGREEMENT BETWEEN THE PARTIES OF 8.25% FOR THE PERIOD FEBRUARY 5, 2020 THROUGH OCTOBER 13, 2022.**

Keith Holland, Clerk of Court

ENTERED:    February 3, 2023

By: J. Donati, Deputy Clerk